## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   MONICA J DUNFORD                     §
                                              §   Case No.: 09-09879
                                              §
                                              §
                                              §
         Debtor(s)                            §

------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/23/2009.

2) This case was confirmed on 08/05/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/05/2009, 08/04/2010, 05/04/2011, 11/02/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/02/2010, 06/02/2010, 01/12/2011, 03/29/2011, 07/27/2011, 01/24/2012, 04/26/2012.

5) The case was converted on 08/06/2012.

6) Number of months from filing to the last payment: 34

7) Number of months case was pending: 42

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    6,687.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

| | |
|---|---|
| **Receipts:** | |
| Total paid by or on behalf of the debtor | $ 9,900.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 9,900.00 |

| | |
|---|---|
| **Expenses of Administration:** | |
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 578.90 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 578.90 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HOUSING AUTHORITY OF | OTHER | .00 | NA | NA | .00 | .00 |
| NORTH STAR CAPITAL A | UNSECURED | 536.00 | 324.43 | 324.43 | .00 | .00 |
| AMERICAN HONDA FINAN | SECURED | 10,000.00 | 23,401.73 | 12,100.00 | 8,039.14 | 1,077.96 |
| AMERICAN HONDA FINAN | UNSECURED | 13,373.86 | .00 | 11,301.73 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,334.05 | 1,343.22 | 1,343.22 | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | 1,350.00 | NA | NA | .00 | .00 |
| A & R CONCEPTS | UNSECURED | 186.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 555.85 | 555.85 | 555.85 | .00 | .00 |
| MICHAEL ARTRIP DDS | UNSECURED | 226.00 | NA | NA | .00 | .00 |
| MICHAEL ARTRIP | UNSECURED | .00 | NA | NA | .00 | .00 |
| ASPIRE | UNSECURED | 1,414.00 | NA | NA | .00 | .00 |
| ASPIRE VISA | UNSECURED | .00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | .00 | NA | NA | .00 | .00 |
| BAY AREA CREDIT SERV | UNSECURED | 1,007.54 | NA | NA | .00 | .00 |
| BAY AREA CREDIT SERV | UNSECURED | .00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | .00 | NA | NA | .00 | .00 |
| NORTH STAR CAPITAL A | UNSECURED | 1,100.00 | 295.00 | 295.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 480.00 | 807.60 | 807.60 | .00 | .00 |
| CONTINENTAL FINANCE | UNSECURED | 496.14 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| CITY OF DES PLAINES | UNSECURED | 186.00 | NA | NA | .00 | .00 |
| CITY OF DES PLAINES | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| THE DIAMOND CENTER | UNSECURED | 2,820.00 | NA | NA | .00 | .00 |
| THE DIAMOND CENTER | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 285.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST BANK | UNSECURED | 305.79 | 255.59 | 255.59 | .00 | .00 |
| FIRST BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 496.00 | NA | NA | .00 | .00 |
| AIS SVC LLC | UNSECURED | 600.00 | 600.00 | 600.00 | .00 | .00 |
| FIRST CASH | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST CASH FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 408.00 | 408.48 | 408.48 | .00 | .00 |
| IL DEPT OF HUMAN SER | UNSECURED | 3,584.00 | 6,725.00 | 6,725.00 | .00 | .00 |
| ILLINOIS ATTORNEY GE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ILLINOIS ATTORNEY GE | UNSECURED | .00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | 4,671.25 | 4,060.00 | 4,060.00 | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPARTMENT | UNSECURED | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 763.45 | 763.45 | 763.45 | .00 | .00 |
| ISLAND NATIONAL GROU | UNSECURED | .00 | NA | NA | .00 | .00 |
| ISLAND NATIONAL GROU | UNSECURED | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | .00 | NA | NA | .00 | .00 |
| RAYMOND JELENIAUSKAS | UNSECURED | 541.40 | NA | NA | .00 | .00 |
| LTD FINANCIAL SERVIC | UNSECURED | 79.88 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 831.87 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | .00 | NA | NA | .00 | .00 |
| LTD FINANCIAL SERVIC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NEW AGE FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 649.15 | NA | NA | .00 | .00 |
| NICOR | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR ADVANCE ENERGY | UNSECURED | .00 | NA | NA | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| NORTHLAND GROUP INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | .00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 337.56 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 332.00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| ZENITH ACQUISITIONS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| QC FINANCIAL SERVICE | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| RCN CHICAGO | UNSECURED | 184.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL- | UNSECURED | 1,367.43 | NA | NA | .00 | .00 |
| SRA ASSOCIATES | UNSECURED | 72.82 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SRA ASSOCIATES | UNSECURED | .00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 818.34 | 218.62 | 218.62 | .00 | .00 |
| T MOBILE | UNSECURED | .00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | .00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 404.52 | NA | NA | .00 | .00 |
| TCF FINANCIAL SERVIC | UNSECURED | .00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| VAN RU CREDIT | UNSECURED | 583.49 | NA | NA | .00 | .00 |
| VAN U CREDIT CORP | UNSECURED | .00 | NA | NA | .00 | .00 |
| HOUSING AUTHORITY OF | OTHER | .00 | NA | NA | .00 | .00 |
| US CELLULAR | OTHER | .00 | NA | NA | .00 | .00 |
| PEDRO PATTINO | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | NA | 1,642.60 | 1,642.60 | .00 | .00 |
| T MOBILE | UNSECURED | NA | 424.33 | 424.33 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 536.15 | 536.15 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 705.27 | 705.27 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 604.52 | 604.52 | .00 | .00 |
| LEGAL FOUNDATION OF | PRIORITY | NA | .00 | 204.00 | 204.00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 4,798.06 | 4,798.06 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 12,100.00 | 8,039.14 | 1,077.96 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 12,100.00 | 8,039.14 | 1,077.96 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,547.22 | 204.00 | .00 |
| **TOTAL PRIORITY:** | 1,547.22 | 204.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 35,026.68 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 578.90 |
| Disbursements to Creditors | $ | 9,321.10 |
| **TOTAL DISBURSEMENTS:** | $ | 9,900.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   09/26/2012              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**